AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-22706-RNS |
| HMD AMERICA, INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Best Buy Co., Inc.
c/o Registered Agent
CT Coproation System
1010 Dale St N
Saint Paul, MN 55117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 26, 2022



Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC<br><br>*Plaintiff(s)*<br>v.<br>HMD AMERICA, INC., et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:22-cv-22706-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Best Buy Stores L.P.
c/o Registered Agent
NATIONAL REGISTERED AGENTS, INC.
1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2022

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC <br><br> *Plaintiff(s)* <br> v. <br> HMD AMERICA, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.    1:22-cv-22706-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Shenzhen Tinno Mobile Co., Ltd.,
2301 W. Plano Parkway
Suite 102
Plano, TX 75075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-22706-RNS |
| HMD AMERICA, INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Spreadtrum Communications USA, Inc.,
c/o Registered Agent
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST
Wilmington, DE 190801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC <br><br> *Plaintiff(s)* <br> v. <br> HMD AMERICA, INC., et al. <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-22706-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TINNO MOBILE TECHNOLOGY CORP.
2301 W Plano Pkwy,
Suite 102
Plano, TX 75075

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC <br><br> *Plaintiff(s)* <br> v. <br> HMD AMERICA, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:22-cv-22706-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tinno USA Inc.
c/o Registered Agent
REGISTERED AGENTS INC.
7901 4TH ST N, STE 300
ST. PETERSBURG, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC <br><br> *Plaintiff(s)* <br> v. <br> HMD AMERICA, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-22706-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Wingtech International, Inc.,
c/o Registered Agent
21900 OAKVIEW LANE
CUPERTINO, CA 95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-22706-RNS |
| HMD AMERICA, INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HMD AMERICA, INC.
c/o Registered Agent
INCORP SERVICES, INC.
17888 67th Court North
Loxahatchee, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Aug 26, 2022

Angela E. Noble
Clerk of Court

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No.  1:22-cv-22706-RNS |
| HMD AMERICA, INC., et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HMD GLOBAL OY
1200 Brickell Ave. Suite 510
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date:  Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-22706-RNS |
| HMD AMERICA, INC., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hon Hai Precision Industry Co., Ltd.
1505 Corporation
1938
URS Agents Inc.
7801 Folsom Blvd., #202
Sacramento, CA 95826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Aug 26, 2022

**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:22-cv-22706-RNS |
| HMD AMERICA, INC., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Target Corp.,
c/o Registered Agent
C T Corporation System
1010 Dale St N
St Paul, MN 55117–5603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Aug 26, 2022

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

BELL NORTHERN RESEARCH, LLC

*Plaintiff(s)*

v.   Civil Action No. 1:22-cv-22706-RNS

HMD AMERICA, INC., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Unisoc Technologies Co., Ltd.
10180 Telesis Ct., Room 500
San Diego, CA 92121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 26, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| BELL NORTHERN RESEARCH, LLC <br><br> *Plaintiff(s)* <br> v. <br> HMD AMERICA, INC., et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:22-cv-22706-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Walmart Inc.
c/o Registered Agent
Corporation Trust Company
Coportation Trust Center
1209 Orange ST
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Aug 26, 2022



Angela E. Noble
Clerk of Court

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

BELL NORTHERN RESEARCH, LLC )
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No.  1:22-cv-22706-RNS
)
HMD AMERICA, INC., et al. )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Wingtech Technology Co., Ltd.
21900 OAKVIEW LANE
CUPERTINO, CA  95014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jose I. Rojas
ROJASLAW
jrojas@rojaslawfirm.com
201 S. Biscayne Blvd., 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Date: Aug 26, 2022