AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-22706-RNS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UNISOC TECHNOLOGIES CO., LTD. was received by me on *(date)* 9/1/22 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PETER LU , who is designated by law to accept service of process on behalf of *(name of organization)* UNISOC TECHNOLOGIES CO., LTD. on *(date)* Tue, Sep 06 2022 @ 10:06 AM ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: SEPTEMBER 6, 2022

*Server's signature*

ZACHARY KNOX, REG # 3116, SAN DIEGO COUNTY

*Printed name and title*

LIGHTNING LEGAL PROCESS SERVICE 4 EMBARCADERO CENTER-14TH FLR SAN FRANCISCO, CA 94111 415-624-7747

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 6, 2022, 10:06 am PDT at 10180 TELESIS CT-500, SAN DIEGO, CA 92121 received by UNISOC TECHNOLOGIES CO., LTD. BY SERVING PETER LU, AUTHORIZED TO ACCEPT (ASIAN MALE; 40'S; 5'6"; 145# BLK HAIR).