**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
NO. 1:22-cv-22706-RNS

BELL NORTHERN RESEARCH, LLC,

       Plaintiff

v.                                    **JURY TRIAL DEMANDED**

HMD AMERICA, INC.; HMD GLOBAL OY;
SHENZHEN CHINO-E COMMUNICATION
CO., LTD.; HON HAI PRECISION
INDUSTRY CO., LTD; TINNO MOBILE
TECHNOLOGY CORP.; SHENZHEN
TINNO MOBILE CO., LTD.; TINNO USA,
INC.; UNISOC TECHNOLOGIES CO., LTD.;
SPREADTRUM COMMUNICATIONS USA,
INC.; WINGTECH TECHNOLOGY CO.,
LTD.; WINGTECH INTERNATIONAL,
INC.; HUAQIN CO., LTD; BEST BUY CO.,
INC.; BEST BUY STORES L.P.; TARGET
CORP.; WALMART INC.

       Defendants.
_____/

## <u>DEFENDANTS HMD AMERICA, INC.'S AND HMD GLOBAL OY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HMD America, Inc. discloses that it is a wholly-owned subsidiary of HMD Global Oy.

Defendant HMD Global Oy discloses that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: December 19, 2022                                Respectfully submitted,

                                              */s/ Jodi-Ann Tillman*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address:  jbain@shutts.com
JODI-ANN TILLMAN, ESQ.
Florida Bar No. 1022214
Email Address: jtillman@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

**ATTORNEYS FOR DEFENDANTS HMD AMERICA, INC. and HMD GLOBAL OY**