IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>HMD AMERICA, INC., HMD GLOBAL OY, SHENZHEN CHINO-E COMMUNICATION CO. LTD., HON HAI PRECISION INDUSTRY CO., LTD, TINNO MOBILE CORP., SHENZHEN TINNO MOBILE CO., LTD., UNISOC TECHNOLOGIES CO. LTD., SPREADTRUM COMMUNICATIONS USA, INC., WINGTECH TECHNOLOGY CO., LTD., WINTECH INTERNATIONAL, INC., HUAQIN CO. LTD., BEST BUY CO., INC., BEST BUY STORES L.P., TARGET CORP., WALMART INC.,<br><br>　　Defendants. | Case No. 1:22-cv-22706-RNS |

### DECLARATION OF YALEI MAO

I, Yalei Mao, declare as follow:

　　1.　　I serve as the General Manager of Spreadtrum Communications USA Inc. ("Spreadtrum").

　　2.　　I am knowledgeable about the facts within this declaration based on personal knowledge and investigation.

　　3.　　Spreadtrum is a U.S. subsidiary of Unisoc (Shanghai) Technologies Co., Ltd. ("Unisoc"). Spreadtrum is a separate business entity from Unisoc.

　　4.　　Spreadtrum is incorporated in the state of Delaware and has its principal place of business in California.

5. Spreadtrum is a company directed to researching and developing semiconductor parts, primarily radio frequency transceivers. Spreadtrum does not make, offer to sell, sell, import, or distribute any products or services in the United States or elsewhere.

6. Spreadtrum does not develop, design, manufacture, advertise, market, sell, import, or distribute any products in Florida.

7. Spreadtrum does not have any offices, warehouses, telephone, or regular place of business in Florida. Spreadtrum has no employees in Florida.

8. Spreadtrum does not own or lease any real or personal property in Florida.

9. Spreadtrum does not maintain a bank account in Florida and does not pay taxes in Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2022

*Yalei Mao*
Yalei Mao