# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BELL NORTHERN RESEARCH, LLC,<br><br>    Plaintiff,<br><br>       v.<br><br>HMD AMERICA, INC., HMD GLOBAL OY, SHENZHEN CHINO-E COMMUNICATION CO. LTD., HON HAI PRECISION INDUSTRY CO., LTD, TINNO MOBILE CORP., SHENZHEN TINNO MOBILE CO., LTD., UNISOC TECHNOLOGIES CO. LTD., SPREADTRUM COMMUNICATIONS USA, INC., WINGTECH TECHNOLOGY CO., LTD., WINTECH INTERNATIONAL, INC., HUAQIN CO. LTD., BEST BUY CO., INC., BEST BUY STORES L.P., TARGET CORP., WALMART INC.,<br><br>    Defendants. | Case No. 1:22-cv-22706-RNS |

## DEFENDANTS UNISOC TECHNOLOGIES CO. LTD.'S AND SPREADTRUM COMMUNICATIONS USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Spreadtrum Communications USA, Inc. discloses that it is a wholly-owned subsidiary of Spreadtrum Hong Kong Limited, which is a subsidiary of Unisoc (Shanghai) Technologies Co., Ltd.

Defendant Unisoc (Shanghai) Technologies Co., Ltd. discloses that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.[1]

---

[1] The Complaint incorrectly identifies Unisoc as "Unisoc Technologies Co. Ltd."

Dated: December 23, 2022            Respectfully submitted,

/s/ *Terri Ellen Tuchman Meyers*
Terri Ellen Tuchman Meyers
Fla. Bar No. 881279
tmeyers@klugerkaplan.com
Marissa Reichel
Fla. Bar No. 1016190
mreichel@klugerkaplan.com
**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
201 S. Biscayne Boulevard
Twenty Seventh Floor
Miami, FL 33131
Tel: (305) 379-9000

Qingyu Yin (*admitted pro hac vice*)
qingyu.yin@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue N.W.
Washington, DC 20001
Tel: (202) 408-4000

Benjamin R. Schlesinger (*admitted pro hac vice*)
Benjamin.schlesinger@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
Tel: (404) 653-6416

Jacob A. Schroeder (*admitted pro hac vice*)
jacob.schroeder@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Tel: (650) 849-6600

Yi Yu (*admitted pro hac vice*)
yi.yu@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer St., Suite 800
Reston, VA 20190

Tel: (571) 203-2700

*Attorneys for Defendants Unisoc (Shanghai) Technologies Co., Ltd. and Spreadtrum Communications USA Inc.*