UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22706-SCOLA/GOODMAN

BELL NORTHERN RESEARCH, LLC,

        Plaintiff,

v.

HMD AMERICA, INC., HMD GLOBAL OY,
SHENZHEN CHINO-E COMMUNICATION CO.
LTD., TINNO MOBILE TECHNOLOGY CORP.,
SHENZHEN TINNO MOBILE CO., LTD., TINNO
USA, INC., UNISOC TECHNOLOGIES CO. LTD.,
WINGTECH TECHNOLOGY CO. LTD.,
WINGTECH INTERNATIONAL, INC., BEST BUY
CO., INC., BEST BUY STORES L.P., TARGET
CORP., WALMART INC.,

        Defendants.
_____/

**DEFENDANTS' MOTION TO STAY CERTAIN PATENT
CONTENTION AND CLAIM CONSTRUCTION DEADLINES,
AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE**

Defendants HMD AMERICA, INC., HMD GLOBAL OY, BEST BUY CO., INC., BEST BUY STORES L.P., TARGET CORP., WALMART INC. (collectively, "Defendants")[1] pursuant to Federal Rule of Civil Procedure 6(b), move for entry of an Order staying certain patent contention and claim construction deadlines established in this Court's January 25, 2023 Scheduling Order, Order of Referral to Mediation, Patent Rules, and Protective Order (the "Scheduling Order"; ECF No. 125), as described below. In support of this requested relief, Defendants state as follows:

---

[1] Undersigned counsel has been authorized by counsel for all Defendants, except Unisoc Technologies Co., Ltd., to represent that the each of the Defendants join in the requested relief. *See* Dkt. 136 (Order granting partial stay as to Unisoc).

## INTRODUCTION

1. On January 25, 2023, the Court entered the Scheduling Order which set forth the deadlines for patent contentions, claim construction, other pre-trial matters, and the trial in this action.

2. On February 7, 2023, the time set forth in the Scheduling Order, Plaintiff Bell Northern Research, LLC ("Plaintiff") served its Disclosure of Asserted Claims and Infringement Contentions (the "Infringement Contentions") to each Defendant.

3. Defendants' responsive contentions are due on March 10, 2023, in accordance with the Scheduling Order. *See* ECF No. 125 (setting March 10, 2023 as the "[d]eadline for a party opposing a claim of patent infringement or asserting invalidity or unenforceability to serve Non-Infringement, Unenforceability, and Invalidity Contentions and make accompanying document production.").

4. Defendants contend that Plaintiff's Infringement Contentions do not comply with the Court's Patent Rules and that Defendants are unable to respond to the non-compliant contentions.

5. On February 16, 2023, counsel for the parties held a telephonic meet-and-confer regarding Plaintiff's Infringement Contentions.

6. After conferral, the parties remain at an impasse as to the sufficiency of Plaintiff's Infringement Contentions, which Defendants are challenging.

7. Plaintiff's counsel has represented that they are not available for a hearing on Magistrate Judge Goodman's discovery calendar on March 2 or March 3 (i.e. before Defendants' March 10 deadline). The parties are conferring regarding availability for Judge Goodman's March 13 or March 15 discovery calendars, but both dates are <u>after</u> Defendants' deadline to serve responsive contentions.

8.      Although Defendants are available to participate in a hearing before Judge Goodman prior to the deadline for Defendants' responsive contention, Plaintiff is unavailable on the earlier dates.

9.      A stay is necessary to preserve party resources because preparing responsive contentions in accordance with the Patent Rules is a formidable undertaking in light of the Plaintiff's allegations of infringement of 76 patent claims across 13 patents by over 70 products, which is exacerbated by the Plaintiff's failure to serve Infringement Contentions that comply with the Court's Patent Rules.

10.     The unique facts and procedural posture of this case warrants a stay of certain patent contention and claim construction deadlines until the Court rules on the sufficiency of Plaintiff's Infringement Contentions which form the basis of Plaintiff's infringement claims and govern the scope of discovery on the related issues in this patent infringement litigation.

11.     Accordingly, Defendants are requesting the Court stay the following claim construction deadlines until thirty (30) days after the Court's ruling on the sufficiency of Plaintiff's Infringement Contentions:

| | |
|---|---|
| March 10, 2023 | Deadline for a party opposing a claim of patent infringement or asserting invalidity or unenforceability to serve Non-Infringement, Unenforceability, and Invalidity Contentions and make accompanying document production. |
| April 14, 2023 | Deadline to Exchange Proposed Terms for Construction. |

12.     On February 24, 2023, the parties held a telephonic meet and confer on the proposed stay of the patent contention and claim construction deadlines until the Court rules on the sufficiency of Plaintiff's Infringement Contentions; Plaintiff opposes the proposed stay.

13.     In view of the responsive contention deadline on March 10, Defendants further request that the Court limit the pages for briefing and order expedited briefing on this Motion as

follows: Plaintiff's response due March 1, 2023 and Defendants' reply, if any, due March 3, 2023, limited to five pages each.

## **MEMORANDUM OF LAW**

The Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997*); Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002) ("At the outset, we stress the broad discretion district courts have in managing their cases."); *Johnson v. Bd. of Regents of Univ. of Georgia*, 263 F.3d 1234, 1269 (11th Cir. 2001) ("[W]e accord district courts broad discretion over the management of pre-trial activities, including discovery and scheduling.").

Defendants submit that good cause exists to stay certain patent contention and claim construction deadlines until the resolution of the dispute regarding Plaintiff's Infringement Contentions because the Court's ruling on the matter will impact the scope of Defendants' responsive contentions and potentially the scope of the entire case and because Defendants are presently unable to respond to the non-compliant contentions.

WHEREFORE, Defendants respectfully request the Court to enter an Order granting a stay of the contention and claim construction deadlines referenced above until thirty (30) days after the resolution by the Court on the sufficiency of Plaintiff's Infringement Contentions and further request that the Court order expedited briefing, limited to five pages, on this Motion in accordance with the attached proposed order.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion via teleconference in a good faith effort to resolve the issues but have been unable to resolve the issues.

Respectfully submitted,

| | |
|---|---|
| */s/ Jodi-Ann Tillman* | */s/ Matthew J. Moffa* |
| JOSEPH W. BAIN, Esq. | MATTHEW J. MOFFA, ESQ. (*pro hac vice*) |
| Florida Bar No. 860360 | Email: MMoffa@perkinscoie.com |
| Email:  jbain@shutts.com | **PERKINS COIE LLP** |
| **SHUTTS & BOWEN LLP** | 1155 Avenue of the Americas, 22nd floor |
| 1100 City Place Tower | New York, NY 10036 |
| 525 Okeechobee Boulevard | Telephone: (212) 262-6900 |
| West Palm Beach, Florida 33401 | |
| Telephone: (561) 835-8500 | KEVIN PATARIU, ESQ. (*pro hac vice*) |
| Facsimile: (561) 650-8530 | Email: kpatariu@perkinscoie.com |
| | **PERKINS COIE LLP** |
| JODI-ANN TILLMAN, ESQ. | 11452 El Camino Real |
| Florida Bar No. 1022214 | Suite 300 |
| Email: jtillman@shutts.com | San Diego, CA 92013 |
| **SHUTTS & BOWEN LLP** | Telephone: (858) 720-5700 |
| 200 East Broward Blvd. | |
| Suite 2100 | MICHAEL A. CHAJON, ESQ. (*pro hac vice*) |
| Fort Lauderdale, Florida 33301 | Email: MChajon@perkinscoie.com |
| Telephone: (561) 671-5822 | **PERKINS COIE LLP** |
| Facsimile: (561) 650-8530 | 700 13th Street, NW |
| | Suite 800 |
| **ATTORNEYS FOR DEFENDANTS HMD AMERICA, INC., HMD GLOBAL OY, BEST BUY, BEST BUY STORES, L.P., TARGET CORP. and WALMART INC**. | Washington, D.C. 20005-3960 |
| | Telephone: (202) 654-6200 |
| | |
| | **ATTORNEYS FOR DEFENDANTS HMD AMERICA, INC., HMD GLOBAL OY, BEST BUY, BEST BUY STORES, L.P., and TARGET CORP.** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy to counsel of record.

*/s/ Jodi-Ann Tillman*

## SERVICE LIST

Alexander Frederick Rojas, Esq.
Florida Bar No. 124232
Jose Ignacio Rojas, Esq.
Florida Bar No. 331546
**ROJASLAW**
201 S. Biscayne Blvd., Ste 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000
Facsimile: (305) 985-4146
Email: arojas@rojaslawfirm.com
jrojas@rojaslawfirm.com

**ATTORNEYS FOR PLAINTIFF
BELL NORTHERN RESEARCH, LLC**

Christopher Clayton, Esq. (*pro hac vice*)
Paul Richter, Esq. (*pro hac vice*)
Adam Woodward (Florida Bar No. 1029147)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
Email: cclayton@devlinlawfirm.com
prichter@devlinlawfirm.com
awoodward@devlinlawfirm.com

**ATTORNEYS FOR PLAINTIFF
BELL NORTHERN RESEARCH, LLC**

Andrew J. Fuller, Esq.
Florida Bar No. 1021164
**NELSON MULLINS**
2 South Biscayne Blvd.
Suite 21st Street
Miami, Florida 33131
Tel: 305-373-9487
Email: Andrew.fuller@nelsonmullins.com

**ATTORNEYS FOR DEFENDANTS
TINNO MOBILE TECHNOLOGY CORP.,
SHENZHEN TINNO MOBILE CO., LTD
& TINNO USA, INC.**

Jason Xu, Esq. (*pro hac vice*)
**RAMON LAW**
1990 K. Street
Suite 420
Washington, DC 20006
Tel: 202-470-2141
Email: Jason.Xu@ramonlaw.com

**ATTORNEYS FOR DEFENDANTS
TINNO MOBILE TECHNOLOGY CORP.,
SHENZHEN TINNO MOBILE CO., LTD
& TINNO USA, INC.**

Terri Ellen Tuchman Meyers, Esq.
Florida Bar No. 881279
Marissa Reichel, Esq.
Florida Bar No. 1016190
**KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**
201 S. Biscayne Blvd.
Twenty Seventh Floor
Miami, Florida 33131
Tel: 305-379-9000
Email: tmeyers@klugerkaplan.com
mreichel@klugerkaplan.com

Yi Yu, Esq. (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street
Suite 800
Reston, VA 20190
Tel: 571-203-2700
Email: yi.yu@finnegan.com

**ATTORNEYS FOR DEFENDANTS UNISOC TECHNOLOGIES CO., LTD.**

Andrew J. Fuller, Esq.
Florida Bar No. 1021164
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
2 South Biscayne Blvd.
Suite 21st Street
Miami, Florida 33131
Tel: 305-373-9487
Email: Andrew.fuller@nelsonmullins.com
Vicki.mattison@nelsonmullins.com

**ATTORNEYS FOR DEFENDANTS WINGTECH TECHNOLOGY CO., LTD. WINGTECH INTERNATIONAL, INC.**

Qingyu Yin, Esq. (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Tel: 202-408-4000
Email: qingyu.yin@finnegan.com

Benjamin R. Schlesinger, Esq. (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 7th Street, NW
Suite 1400
Atlanta, GA 30363
Tel: 404-653-6416
Email: Benjamin.schlesinger@finnegan.com

Jacob A. Schroeder, Esq. (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Tel: 650-849-6600
Email: Jacob.schroeder@finnegan.com

**ATTORNEYS FOR DEFENDANTS UNISOC TECHNOLOGIES CO., LTD.**

David M. Airan, Esq. (*pro hac vice*)
Christopher Gass, Esq. (*pro hac vice*)
Nicole E. Kopinski Esq. (*pro hac vice*)
**LEYDIG, VOIT & MEYER, LTD.**
Two Prudential Plaza
Sui8te 4900
180 North Stetson Avenue
Chicago, IL 60601
Tel: 312-616-5600
Email: dairan@leydig.com
cgass@leydig.com; nkopinski@leydig.com

**ATTORNEYS FOR DEFENDANTS WINGTECH TECHNOLOGY CO., LTD. WINGTECH INTERNATIONAL, INC.**