UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-cv-22706-SCOLA/GOODMAN

BELL NORTHERN RESEARCH, LLC,

       Plaintiff,

v.

HMD AMERICA, INC., HMD GLOBAL OY,
SHENZHEN CHINO-E COMMUNICATION CO.
LTD., WINGTECH TECHNOLOGY CO. LTD.,
WINGTECH INTERNATIONAL, INC., BEST BUY
CO., INC., BEST BUY STORES L.P., TARGET
CORP., WALMART INC.,

       Defendants.
_____/

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendants, HMD America, Inc., HMD Global Oy, Best Buy Stores L.P., Target Corp., Walmart Inc., Wingtech Technology Co. Ltd., and Wingtech International, Inc.[1] (collectively, "Defendants") and Plaintiff, Bell Northern Research, LLC ("Plaintiff") jointly move for entry of an Order modifying certain patent contention, claim construction, and pretrial deadlines established in this Court's January 25, 2023 Scheduling Order, Order of Referral to Mediation, Patent Rules, and Protective Order (ECF No. 125; the "Scheduling Order"). In support of this Motion, the Parties state as follows:

1.      The Parties had a dispute concerning the sufficiency of Plaintiff's infringement contentions.

2.      Defendants requested, and the Court granted, a stay of certain patent contention and claim construction deadlines while the dispute was pending. ECF Nos. 145, 148.

---

[1]   Wingtech International, Inc. denies that it is the proper party or the proper Wingtech entity in this lawsuit.

3.      On March 15, 2023, Magistrate Judge Goodman held a hearing on the dispute and entered a Post-Discovery Hearing Administrative Order on March 16, 2023. ECF Nos. 157, 158.

4.      On April 25, 2023, the Parties filed a Supplemental Joint Status Report to Judge Goodman notifying the Court that the Parties reached agreements regarding Plaintiff's patent infringement contentions and the dispute will be resolved upon resolution of this Joint Motion. ECF No. 171.

5.      The Parties have cooperated in good faith to resolve their dispute, primarily through Plaintiff's service of additional charts and supplemental allegations. Plaintiff served its original Infringement Contentions on February 7, 2023, and its Supplemental Infringement Contentions on April 14, 2023, nine weeks later. During the period, Plaintiff prepared an additional 192 claim charts it had not previously served. Plaintiffs' Supplemental Infringement Contentions now amount to 274 claim charts for thirteen Asserted Patents and sixty-one Accused Instrumentalities, to which Defendants must respond.

6.      The Parties have agreed on the proposed schedule below, which allows Defendants a corresponding amount of time to prepare their responsive contentions, and Defendants agree that the Parties' proposed schedule would address its concerns.

7.      In view of their agreements, the Parties request that the previously stayed patent contention and claim construction deadlines, as well as certain other pretrial deadlines in the Scheduling Order, be reset according to the following proposed schedule:

| Original Date | Proposed Date | Description |
| --- | --- | --- |
| February 7, 2023 | April 14, 2023 (completed) | Deadline for a party claiming patent infringement to serve Disclosure of Asserted Claims and Infringement Contentions and make accompanying document production. |

| Original Date | Proposed Date | Description |
|---|---|---|
| April 14, 2023 | April 14, 2023 (completed) | Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of dispositive motions or final disposition or both. |
| March 10, 2023 (stayed) | June 9, 2023 | Deadline for a party opposing a claim of patent infringement or asserting invalidity or unenforceability to serve Non-Infringement, Unenforceability, and Invalidity Contentions and make accompanying document production. |
| April 14, 2023 (stayed) | June 23, 2023 | Deadline to Exchange Proposed Terms for Construction. |
| May 15, 2023 | July 7, 2023 | Deadline to Exchange of Preliminary Claim Constructions and Extrinsic Evidence. |
| June 23, 2023 | June 23, 2023 | Deadline to file joint interim status report. |
| July 3, 2023 | July 28, 2023 | Deadline to File Joint Claim Construction and Prehearing Statement. |
| July 24, 2023 | August 18, 2023 | Deadline to complete claim construction discovery. Deadline to file a motion to stay the lawsuit pending reexamination in the U.S. Patent Office. Deadline to file proposed order scheduling mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the order of referral to mediation. |
| August 7, 2023 | September 1, 2023 | Deadline for any party claiming patent infringement to file opening claim construction brief (simultaneous opening briefs are not permitted) and deadline to file opening brief asserting claims for invalidity and unenforceability. |
|  | September 22, 2023 | Deadline for any party opposing a claim of patent infringement to file responsive claim construction brief and deadline to file responsive brief regarding claims for invalidity and unenforceability. |

| Original Date | Proposed Date | Description |
|---|---|---|
|  | October 6, 2023 | Deadline for any party claiming patent infringement to file reply claim construction brief and deadline to file reply brief regarding claims for invalidity and unenforceability. |
| October 23, 2023 | November 24, 2023 | Deadline to provide information regarding advice of counsel. (If the Court has not yet ruled on claim construction the parties should file a motion to extend this date.) |
| November 20, 2023 | December 1, 2023 | Deadline to complete fact discovery.<br><br>Deadline to disclose the identity of expert witnesses, and to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(C)(ii). |
| November 30, 2023 | November 30, 2023 | Deadline to complete mediation. |
| January 4, 2024 | January 12, 2024 | Deadline to complete all expert discovery. |
| January 16, 2024 | January 31, 2024 | Deadline for the filing of all dispositive motions and Daubert motions. |
| March 20, 2024 | March 20, 2024 | Deadline for the filing of pretrial motions, including motions in limine. |
| April 22, 2024 | April 22, 2024 | Deadline to file joint pretrial stipulation under Local Rule 16.1(e) and pretrial disclosures as required by Federal Rule of Civil Procedure 26(a)(3). |
| May 10, 2024 | May 10, 2024 | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) consistent with Local Rule 16.1(k). |

WHEREFORE, the Parties respectfully request that this Court enter an Order modifying certain patent contention, claim construction, and pretrial deadlines as set forth above.

4

## <u>LOCAL RULE 7.1(a)(3) CERTIFICATION</u>

The Parties have conferred in good faith regarding the relief requested in this motion, and

the Parties join in the requested relief.

Respectfully submitted,

| | |
|---|---|
| */s/ Paul Richter* | */s/ Jodi-Ann Tillman* |
| Alexander Frederick Rojas, Esq. | JOSEPH W. BAIN, Esq. |
| Florida Bar No. 124232 | Florida Bar No. 860360 |
| Jose Ignacio Rojas, Esq. | Email: jbain@shutts.com |
| Florida Bar No. 331546 | **SHUTTS & BOWEN LLP** |
| **ROJASLAW** | 1100 City Place Tower |
| 201 S. Biscayne Blvd., Ste 28th Floor | 525 Okeechobee Boulevard |
| Miami, FL 33131 | West Palm Beach, Florida 33401 |
| Telephone: (305) 446-4000 | Telephone: (561) 835-8500 |
| Facsimile: (305) 985-4146 | Facsimile: (561) 650-8530 |
| Email: arojas@rojaslawfirm.com; | |
| jrojas@rojaslawfirm.com | JODI-ANN TILLMAN, ESQ. |
| | Florida Bar No. 1022214 |
| Christopher Clayton, Esq. (*pro hac vice*) | Email: jtillman@shutts.com |
| Paul Richter, Esq. (*pro hac vice*) | **SHUTTS & BOWEN LLP** |
| Adam Woodward (No. 1029147) | 200 East Broward Blvd. |
| **DEVLIN LAW FIRM LLC** | Suite 2100 |
| 1526 Gilpin Avenue | Fort Lauderdale, Florida 33301 |
| Wilmington, DE 19806 | Telephone: (561) 671-5822 |
| Telephone: (302) 449-9010 | Facsimile: (561) 650-8530 |
| Facsimile: (302) 353-4251 | |
| Email: cclayton@devlinlawfirm.com | **ATTORNEYS FOR DEFENDANTS** |
| prichter@devlinlawfirm.com | **HMD AMERICA, INC., HMD GLOBAL** |
| awoodward@devlinlawfirm.com | **OY, BEST BUY, BEST BUY STORES, L.P.,** |
| | **TARGET CORP. and WALMART INC**. |
| **ATTORNEYS FOR PLAINTIFF** | |
| **BELL NORTHERN RESEARCH, LLC** | |
| | */s/ Matthew Moffa* |
| | MATTHEW J. MOFFA, ESQ. (*pro hac vice*) |
| */s/ Nicole Kopinski* | Email: MMoffa@perkinscoie.com |
| David M. Airan, Esq. (*pro hac vice*) | **PERKINS COIE LLP** |
| Christopher Gass, Esq. (*pro hac vice*) | 1155 Avenue of the Americas, 22nd floor |
| Nicole E. Kopinski Esq. (*pro hac vice*) | New York, NY 10036 |
| **LEYDIG, VOIT & MEYER, LTD.** | Telephone: (212) 262-6900 |
| Two Prudential Plaza - Suite 4900 | |
| 180 North Stetson Avenue | KEVIN PATARIU, ESQ. (*pro hac vice*) |
| Chicago, IL 60601 | Email: kpatariu@perkinscoie.com |
| Tel: 312-616-5600 | **PERKINS COIE LLP** |

Email: dairan@leydig.com
cgass@leydig.com; nkopinski@leydig.com

**ATTORNEYS FOR DEFENDANTS
WINGTECH TECHNOLOGY CO., LTD.
WINGTECH INTERNATIONAL, INC.**

11452 El Camino Real
Suite 300
San Diego, CA 92013
Telephone: (858) 720-5700

MICHAEL A. CHAJON, ESQ. (*pro hac vice*)
Email: MChajon@perkinscoie.com
**PERKINS COIE LLP**
700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200

**ATTORNEYS FOR DEFENDANTS
HMD AMERICA, INC., HMD GLOBAL
OY, BEST BUY, BEST BUY STORES, L.P.,
and TARGET CORP.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following Service List:

By:   */s/  Jodi-Ann Tillman*
Jodi-Ann Tillman

## SERVICE LIST

Alexander Frederick Rojas, Esq.
Florida Bar No. 124232
Jose Ignacio Rojas, Esq.
Florida Bar No. 331546
**ROJASLAW**
201 S. Biscayne Blvd., Ste 28th Floor
Miami, FL 33131
Telephone: (305) 446-4000
Facsimile: (305) 985-4146
Email: arojas@rojaslawfirm.com
jrojas@rojaslawfirm.com

**ATTORNEYS FOR PLAINTIFF
BELL NORTHERN RESEARCH, LLC**

Andrew J. Fuller, Esq.
Florida Bar No. 1021164
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
2 South Biscayne Blvd.
Suite 21st Street
Miami, Florida 33131
Tel: 305-373-9487
Email: Andrew.fuller@nelsonmullins.com
Vicki.mattison@nelsonmullins.com

**ATTORNEYS FOR DEFENDANTS
WINGTECH TECHNOLOGY CO., LTD.
WINGTECH INTERNATIONAL, INC.**

Christopher Clayton, Esq. (*pro hac vice)*
Paul Richter, Esq. (*pro hac vice)*
Adam Woodward (No. 1029147)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
Email: cclayton@devlinlawfirm.com
prichter@devlinlawfirm.com
awoodward@devlinlawfirm.com

**ATTORNEYS FOR PLAINTIFF
BELL NORTHERN RESEARCH, LLC**

David M. Airan, Esq. (*pro hac vice)*
Christopher Gass, Esq. (*pro hac vice)*
Nicole E. Kopinski Esq. (*pro hac vice)*
**LEYDIG, VOIT & MEYER, LTD.**
Two Prudential Plaza - Suite 4900
180 North Stetson Avenue
Chicago, IL 60601
Tel: 312-616-5600
Email: dairan@leydig.com
cgass@leydig.com; nkopinski@leydig.com

**ATTORNEYS FOR DEFENDANTS
WINGTECH TECHNOLOGY CO., LTD.
WINGTECH INTERNATIONAL, INC.**

WPBDOCS 11642000 1

7