United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bell Northern Research, LLC, Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-22706-Civ-Scola ) |
| HMD America, Inc., and others, Respondents. | ) ) ) |

### Order Adopting Magistrate Judge's Report And Recommendations

This order concerns two motions referred to United States Magistrate Judge Jonathan Goodman for a report and recommendations. This Court referred Defendant Hon Hai Industry Co., Ltd.'s motion for exceptional case status (ECF No. 163) to Judge Goodman on April 10, 2023. (ECF No. 165.) Judge Goodman issued a report, recommending that the Court deny the motion. (Report of Magistrate, ECF No. 236.) Defendant Hon Hai Industry Co., Ltd. has not filed objections to the report, and the time to do so has passed.

This Court also referred Defendants HMD America, Inc., HMD Global Oy, Best Buy Co., Inc., Best Buy Stores L.P., Target Corp., and Walmart Inc.'s motion to sever and stay (ECF No. 232) to Judge Goodman on November 8, 2023. (ECF No. 245.) Judge Goodman issued a report, recommending that the Court deny the motion. (Report of Magistrate, ECF No. 250.) The Defendants have not filed objections, and the time to do so has passed.

The Court has considered Judge Goodman's reports on these motions, the record, and the relevant legal authorities. The Court finds Judge Goodman's reports and recommendation cogent and compelling. The Court **affirms and adopts** Judge Goodman's reports and recommendation (ECF Nos. 236, 250). The Court **denies** the motion for exceptional case status (**ECF No. 163**) and motion to sever and stay (**ECF No. 250**).

**Done and ordered** in Miami, Florida, on December 5, 2023.

Robert N. Scola, Jr.
United States District Judge